JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIANXIAN YU,<br>Petitioner,<br>v.<br>THOMAS GILES, et al.,<br>Respondents. | Case No. 5:26-cv-04692-MBK<br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice

Dated: August 21, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE